IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JALIESA MARET, Special Administrator of the Estate of Camron Taylor Maret, Deceased, | ) ) ) ) | 4:11CV3093 |
| Plaintiff, | ) ) | |
| v. | ) ) ) | **ORDER OF DISMISSAL OF DEFENDANT DOREL INDUSTRIES, INC.** |
| DOREL JUVENILE GROUP, INC., DOREL INDUSTRIES, INC., KMART CORPORATION, and KMART CORPORATION #7484, | ) ) ) ) ) | |
| Defendants. | ) ) | |

Upon the parties' joint stipulation for dismissal of defendant Dorel Industries, Inc. (filing 13),

IT IS ORDERED:

1. Defendant Dorel Industries, Inc., is dismissed as a party to this action;

2. Final judgment shall be withheld pending resolution of all remaining claims between the plaintiff and remaining defendants.

DATED this 8th day of August, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge