IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JALIESA MARET, Special Administrator of the Estate of Camron Taylor Maret, Deceased, | ) ) ) ) | 4:11CV3093 |
| Plaintiff, | ) ) | |
| v. | ) ) ) | **ORDER OF DISMISSAL OF DEFENDANT KMART CORPORATION #7484** |
| DOREL JUVENILE GROUP, INC., DOREL INDUSTRIES, INC., KMART CORPORATION, and KMART CORPORATION #7484, | ) ) ) ) ) | |
| Defendants. | ) ) | |

Upon the plaintiff's Notice of Voluntary Dismissal of defendant Kmart Corporation #7484 (filing 21),

IT IS ORDERED:

1. Defendant Kmart Corporation #7484 is dismissed as a party to this action;

2. The Motion to Dismiss Named Defendant Kmart Corporation #7484 for Lack of Personal Jurisdiction (filing 9) is denied as moot;

3. Final judgment shall be withheld pending resolution of all remaining claims between the plaintiff and remaining defendants.

DATED this 12th day of August, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge